UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DONTE GRAVES,<br>a/k/a Dante Graves,<br><br>Defendant. | : : : : : : : : : : : : | CASE NO. 1:21CR-037<br><br>JUDGE J. McFARLAND<br><br>INDICTMENT<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

### COUNT 1
(Possession by a Prohibited Person)

On or about July 5, 2020, in the Southern District of Ohio, the defendant, **DONTE GRAVES, a/k/a Dante Graves**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Smith and Wesson .40 caliber handgun bearing serial number FBU8079 and twelve rounds of ammunition, and the firearm and ammunition were in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DONTE GRAVES, a/k/a Dante Graves**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including, but not limited to:

- Smith and Wesson .40 caliber handgun bearing serial number FBU8079, with any attachments; and
- Approximately twelve (12) rounds of ammunition.

A TRUE BILL.

_____|s|_____
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*JA Stachowiak*
JACQUELINE A. STACHOWIAK
SPECIAL ASSISTANT UNITED STATES ATTORNEY

EG